Zachary T. Ball, Esq.
Nevada Bar No. 8364
**THE BALL LAW GROUP**
3455 Cliff Shadows Parkway
Suite 150
Las Vegas, Nevada 89129
Telephone: (702) 303-8600
Email: zball@balllawgroup.com
Attorney for *Summit Real Estate Group, Inc.
and Terrafirma Venture, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR6,<br><br>Plaintiff,<br><br>vs.<br><br>SUMMIT REAL ESTATE GROUP, INC.; TERRAFIRMA VENTURE, LLC; CHARDONNAY TOWNHOMES OWNERS ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-00239-APG-CWHC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO LIFT STAY [ECF NO. 19]** |

Defendants, SUMMIT REAL ESTATE GROUP, INC. ("SUMMIT") and TERRAFIRMA VENTURE, LLC ("TERRAFIRMA") and Plaintiff, U.S. BANK N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK N.A., ON BEHALF OF THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-HE6 ("U.S. BANK"), by and through their respective counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for SUMMIT and TERRAFIRMA to Respond to Plaintiff U.S. BANK's Motion to Lift Stay filed on October 13, 2017 [ECF No. 19] shall be extended from November 27, 2017 to December 27, 2017. The

purpose of this request is to allow the parties additional time for settlement negotiations.

This is SUMMIT and TERRAFIRMA's second request for an extension of this deadline and is not intended for the purposes of prejudice or delay.

| | |
|---|---|
| DATED November 27, 2017. | DATED November 27, 2017. |
| THE BALL LAW GROUP LLC | WRIGHT, FINLAY & ZAK, LLP |
| /s/ Zachary T. Ball, Esq. | /s/ Patrick J. Davis, Esq. |
| Zachary T. Ball, Esq., SBN 8364<br>3455 Cliff Shadows Pkwy., Ste. 150<br>Las Vegas, Nevada 89129<br>Attorney for *Summit Real Estate Group, Inc. and Terrafirma Venture, LLC* | Edgar C. Smith, Esq., SBN 5506<br>Patrick J. Davis, Esq., SBN 13330<br>7785 W. Sahara Avenue, Suite 200<br>Las Vegas, Nevada 89117<br>Attorneys for *Plaintiff, U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR6* |

**IT IS SO ORDERED.**

Dated: November 28, 2017.

_____
UNITED STATES DISTRICT JUDGE